UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>PLYMOUTH ROCK TRANSPORTATION, INC.<br><br>Defendant, | C.A. No. 04cv12308 RCL |

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

Plaintiff in the above action agrees that the time for Defendant to file an answer to Plaintiff's Complaint may be extended up to and including May 11, 2005 in order to pursue settlement of the matter.


Dated: April 11, 2005                    Respectfully submitted,

                                                      Catherine M. Campbell
                                                    BBO #549397
                                                    FEINBERG, CAMPBELL & ZACK, P.C.
                                                      177 Milk Street
                                                      Boston, MA 02109
                                                      (617) 338-1976

                                                      <u>/s/ Catherine M. Campbell</u>
                                                      Attorney for plaintiff,
                                                      Charles Langone, Fund Manager


Certificate of Service

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this date by first class mail to Susan H. Joffe, Holland & Knight LLP, 195 Broadway Street, 24th Floor, New York, NY 10007-3189.

                                                           <u>/s/ Catherine M. Campbell</u>