UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARGES LANGONE, as FUND MANAGER )<br>of the NEW ENGLAND TEAMSTERS AND )<br>TRUCKING INDUSTRY PENSION FUND )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PLYMOUTH ROCK TRANSPORTATION, INC. )<br>)<br>Defendant, )<br>_____ ) | C.A. No. 04cv12308 RCL |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41**

Now comes the Plaintiff, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, to notify this Court that the Plaintiff has settled its claim with the defendant and to dismiss the above-captioned action with prejudice and with each party to bear its own costs. This dismissal is filed pursuant to F.R.C.P. 41(a)(1)(i) as the Defendant has neither filed an answer nor motion for summary judgment.

Dated: May 31, 2005

Respectfully submitted,
For the Plaintiff,
CHARLES LANGONE, FUND MANAGER
By his Attorney,

/S/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA  02109
(617) 338-1976

Certificate of Service

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this date by first class mail, postage prepaid, to Susan H. Joffe, Holland and Knight, LLP 195 Broadway, New York, NY 10007

                                              /S/ Catherine M. Campbell